IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MARCUS L. WALKER                                                                    PLAINTIFF

V.                                                         CIVIL ACTION NO.: 1:08CV146-SA-JAD

KIMBERLY-CLARK CORPORATION AND
KIMBERLY-CLARK CORPORATION PENSION
PLAN                                                                                DEFENDANTS

**ORDER GRANTING
DEFENDANTS' MOTION TO SEAL**

Presently before the Court is Defendants' Motion to Place Documents Submitted in Support of Defendants' Motion for Summary Judgment Under Seal [22]. The Court finds as follows:

Defendants move to seal Exhibits 1, 2, and 3 submitted in support of Defendants' Motion for Summary Judgment. Defendant contends these exhibits contain Plaintiff's personal identifiers such as Social Security numbers and medical information. Therefore, pursuant to Local Rule 8.1, the Court finds that it is in the parties' best interest to cloak Defendants' Exhibits 1, 2, and 3 to their Motion for Summary Judgment under seal. Accordingly, Defendants' Motion to Place Documents Submitted in Support of Defendants' Motion for Summary Judgment is GRANTED, and the Clerk of the Court is directed to SEAL said documents.

SO ORDERED, this the 6th day of April, 2009.

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**