**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**MARCUS L. WALKER**                                                             **PLAINTIFF**

**V.**                              **CAUSE NO.: 1:08CV146-SA-JAD**

**KIMBERLY-CLARK CORPORATION and**
**KIMBERLY-CLARK CORPORATION PENSION PLAN**       **DEFENDANTS**

## FINAL JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1)     the Plaintiff's Motion for Summary Judgment [26] is DENIED;

(2)     the Defendants' Motion for Summary Judgment [23] is GRANTED;

(3)     Kimberly-Clark Corporation is DISMISSED as a defendant;

(4)     the Plan Administrator's denial of benefits is AFFIRMED;

(5)     this case is CLOSED.

All memoranda, motions, administrative record, and other materials considered by the court in ruling on this motion are hereby incorporated into and made part of the record in this action.

SO ORDERED, this the   17th   day of February, 2010

                                                                       /s/ Sharion Aycock
                                                                       **U.S. DISTRICT JUDGE**